UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOMEN MAHMOUD MOUSSA,

                Plaintiff,                  JUDGMENT

    v.                                       22-CV-3709 (AMD) (SJB)

ANN MARIE T. SULLIVAN,
   Commissioner of NYS Office of Mental Hygiene,

                Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on October 25, 2022, dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444- 45 (1962); it is

       ORDERED and ADJUDGED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444- 45 (1962).

Dated: Brooklyn, New York                                 Brenna B. Mahoney
       October 25, 2022                                        Clerk of Court

                                                       By:     */s/Jalitza Poveda*
                                                                   Deputy Clerk